# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **OPAL RUN, LLC**<br><br>**Plaintiff,**<br><br>*v.*<br><br>**C&A MARKETING, INC.,**<br><br>**Defendant.** | **Case no. 2:16-cv-24**<br><br>**Lead Case** |
| **OVERNIGHTPRINTS, INC.** | **Case No. 2:15-cv-2041** |

## JOINT MOTION TO AMEND DOCKET CONTROL ORDER

Plaintiff Opal Run, LLC and Defendant Overnightprints, Inc. hereby move the Court to extend the deadline to Serve Disclosures for Rebuttal Expert Witnesses from March 6, 2017 to March 8, 2016 in light of the parties' agreement to exchange rebuttal expert reports on that date. Pursuant to the Court's instruction in the Docket Control Order, the current dates and proposed dates for all remaining deadlines is set forth as follows:

| Original | Amended | Event |
|---|---|---|
| July 3, 2017 | Same | *Jury Selection - 9:00 a.m. in Marshall, Texas before Judge Rodney Gilstrap |
| June 7, 2017 | Same | *Pretrial Conference – 1:30 p.m. in Marshall, Texas before Judge Rodney Gilstrap |

| | | |
|---|---|---|
| May 31, 2017 | Same | *Notify Court of Agreements Reached During Meet and Confer The parties are ordered to meet and confer on any outstanding objections or motions *in limine*. The parties shall advise the Court of any agreements reached no later than 1:00 p.m. three (3) business days before the pretrial conference. |
| May 30, 2017 | Same | *File Joint Pretrial Order, Joint Proposed Jury Instructions, Joint Proposed Verdict Form, and Responses to Motions *in Limine* |
| May 22, 2017 | Same | *File Notice of Request for Daily Transcript or Real Time Reporting.<br><br>If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Shelly Holmes, at shelly_holmes@txed.uscourts.gov. |
| May 15, 2017 | Same | File Motions *in Limine*<br><br>The parties shall limit their motions *in limine* to issues that if improperly introduced at trial would be so prejudicial that the Court could not alleviate the prejudice by giving appropriate instructions to the jury. |
| May 15, 2017 | Same | Serve Objections to Rebuttal Pretrial Disclosures |
| May 1, 2017 | Same | Serve Objections to Pretrial Disclosures; and Serve Rebuttal Pretrial Disclosures |
| April 24, 2017 | Same | Serve Pretrial Disclosures (Witness List, Deposition Designations, and Exhibit List) by the Party with the Burden of Proof |
| March 27, 2017 | Same | *File Dispositive Motions or Motions to Strike Expert Testimony (including *Daubert* Motions)<br><br>No dispositive motion or motion to strike expert testimony (including a *Daubert* motion) may be filed after this date without leave of the Court. |
| March 27, 2017 | Same | Deadline to Complete Expert Discovery |

| March 6, 2017 | March 8, 2017 | Serve Disclosures for Rebuttal Expert Witnesses |

Date: March 3, 2017                              Respectfully submitted,

 /s/ *David A. Bailey*
Brian M. Andrade
State Bar of Texas No. 24078150
David A. Bailey
State Bar of Texas No. 24078177
**ANDRADE LAW FIRM, PLLC**
17330 Preston Road, Ste 200D
Dallas, Texas 75252
P: (972) 372-4926
F: (972) 372-0340
E: brian@dfw-lawyer.com

***ATTORNEYS FOR PLAINTIFF***


By: */s/ David B. Conrad*
Neil J. McNabnay
mcnabnay@fr.com
Texas Bar No. 24002583
David B. Conrad
conrad@fr.com
Texas Bar No. 24049042
Ricardo J. Bonilla
rbonilla@fr.com
Texas Bar No. 24082704

**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)

*Counsel for Defendant OvernightPrints, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on March 3, 2017, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

 /s/ *David A. Bailey*
David A. Bailey