# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **OPAL RUN, LLC,**<br><br>          Plaintiff,<br><br>     v.<br><br>**C & A MARKETING, INC.,**<br><br>          Defendant. | **Case No. 2:16-cv-00024-JRG-RSP**<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED**<br><br>**LEAD CASE** |
| **OPAL RUN LLC,**<br><br>          Plaintiff,<br><br>     v.<br><br>**OVERNIGHTPRINTS, INC.,**<br><br>          Defendant. | **Case No. 2:15-cv-2041-JRG-RSP**<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO DISMISS

COME NOW Plaintiff Opal Run LLC ("Opal Run") and Defendant OvernightPrints, Inc. ("ONP") (together the "Parties") and jointly submit this Joint Motion to Dismiss pursuant to Fed. R. Civ. P. 41(a)(2) applicable to both Civil Action 2:15-cv-2041-RSP-JRG (member case) and Civil Action 2:16-cv-24-RSP-JRG (lead case) (together the "Action") and move the Court to dismiss the Action on the following terms agreed to by the Parties:

1. Opal Run dismisses its claims for relief asserted against ONP in the Action *with* prejudice;

2. ONP dismisses its claims for relief asserted against Opal Run in the Action *without* prejudice;

3. ONP covenants not to seek or help another party seek invalidation of U.S. Patent No. 6,704,120 (the "'120 Patent") unless ONP is accused of infringing the '120 Patent.

A proposed order granting the requested relief is filed herewith.

Dated: May 19, 2017            Respectfully submitted,

    /s/ *David A. Bailey*
Brian M. Andrade
State Bar of Texas No. 24078150
David A. Bailey
State Bar of Texas No. 24078177
**ANDRADE LAW FIRM, PLLC**
17330 Preston Road, Ste 200D
Dallas, Texas 75252
P: (972) 372-4926
F: (972) 372-0340
E: brian@dfw-lawyer.com

*ATTORNEYS FOR PLAINTIFF*

    /s/ *Neil J. McNabnay*
Neil J. McNabnay
mcnabnay@fr.com
Texas Bar No. 24002583
David B. Conrad
conrad@fr.com
Texas Bar No. 24049042
Ricardo J. Bonilla
rbonilla@fr.com
Texas Bar No. 24082704
Vasiliy Mayer
mayer@fr.com
Texas Bar No. 24099901

**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)

<u>**JOINT MOTION TO DISMISS**</u>            **PAGE 2**

**Counsel for Defendant
OVERNIGHTPRINTS, INC.**

### CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the above document was served on all counsel of record via electronic mail on May 19, 2017.

*/s/ David A. Bailey*
David A. Bailey